IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

KEVIN T. KLAY,                                    )        1:09cv0646 DLB
                                                  )
                          Plaintiff,              )        ORDER GRANTING
                                                  )        EXTENSION OF TIME
                                                  )
                                                  )        (Document 15)
            vs.                                   )
                                                  )
MICHAEL J. ASTRUE, Commissioner,                  )
                                                  )
                          Defendant.              )
_____)

     On December 22, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file his opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before January 15, 2010.  Defendant's opposition, if any, shall be filed on or before February 15, 2010.  Plaintiff's reply shall be filed on or before March 2, 2010.

    IT IS SO ORDERED.

    **Dated:**   **December 23, 2009**       **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1